1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  NORMAN LAU (State Bar No. 253690)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 North California Blvd., Suite 800
   Walnut Creek, CA 94596
4  Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
5  Email:    mbarnes@sonnenschein.com
             smartin@sonnenschein.com
6            nlau@sonnenschein.com

7  Attorneys for Plaintiff
   ALLSTATE INSURANCE COMPANY
8
   MICHAEL JONES (State Bar No. 136872)
9  DANIEL V. KOHLS (State Bar No. 167987)
   JULIA M. REEVES (State Bar No. 241198)
10 HANSEN KOHLS JONES SOMMER & JACOB LLP
   3001 Lava Ridge Court, Suite 120
11 Roseville, California 95661
   Telephone: (916) 781-2550
12 Facsimile: (916) 781-5339
   Email:    mjones@hansenkohls.com
13
   Attorneys for Defendant
14 ANTONIO ARELLANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>ANTONIO ARELLANO,<br><br>            Defendant. | No. 2:08-CV-03068-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DESIGNATION OF EXPERT WITNESSES AND REBUTTAL DATES** |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DESIGNATION OF EXPERT WITNESSES AND REBUTTAL DATES**

1    Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Eastern District Local Rules
2    83-143 and 6-144, plaintiff Allstate Insurance Company and defendant Antonio Arellano,
3    through their respective counsel of record, hereby stipulate as follows, and good cause existing,
4    respectfully request that the Court approve their stipulation:
5    WHEREAS the parties have been diligently pursuing discovery and investigation in this
6    matter; and
7    WHEREAS the current date for designation of expert witnesses is July 31, 2009 and the
8    date for rebuttal disclosures is August 31, 2009; and
9    WHEREAS third-party witnesses have filed motions to quash the subpoenas served on
10   the University of California at Davis Medical Center and on Dreyer, Babich, Buccola &
11   Callaham, LLP; and
12   WHEREAS there is not yet a hearing date on the aforementioned motions to quash and
13   none of the subpoenaed documents have been produced; and
14   WHEREAS the subpoenaed documents are expected to aid the parties' experts' in
15   forming their opinions but will not be produced before the dates set by the Court for designation
16   of expert witnesses or rebuttal, thus necessitating extension of the designation of expert
17   witnesses and rebuttal dates; and
18   WHEREAS an extension of the designation of expert witnesses and rebuttal dates will
19   not prejudice the parties' ability to prepare for trial or require a continuance of the trial date:
20   NOW, THEREFORE, the parties stipulate and agree that:
21   (1)   Good cause exists for a 60-day extension of the designation of expert witnesses and
22   rebuttal expert disclosure dates, including written reports pursuant to Federal Rule of Civil
23   Procedure Rule 26 (a)(2)(B), in that the subpoenaed documents are expected to allow the
24   parties' experts to develop more fully-formed opinions;
25   (2)   The designation of expert witnesses deadline shall be extended from July 31, 2009
26   to September 29, 2009;
27   (3)   The rebuttal expert disclosure deadline shall be extended from August 31, 2009 to
28

-1-
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE AND REBUTTAL DATES**

1  October 29, 2009;

2      (4)  If this stipulation is not approved by the Court by July 30, 2009, then the stipulation

3  shall have no effect and the parties will adhere to the existing schedule.

4  Dated:  July 24, 2009            Respectfully Submitted,

5                                           SONNENSCHEIN NATH & ROSENTHAL LLP

7

8                                           By        /s/ Michael Barnes

9                                           Attorneys for Plaintiff
                                         ALLSTATE INSURANCE COMPANY

11  Dated: July 24, 2009             Respectfully Submitted,

12                                           HANSEN KOHLS JONES SOMMER & JACOB LLP

15                                           By        /s/ Julia Reeves

16                                           Attorneys for Defendant
17                                           ANTONIO ARELLANO

18

19     The extension of expert witnesses requested is granted.

23  7/27/09

24                                           Garland E. Burrell, Jr.
                                         UNITED STATES DISTRICT JUDGE